**Order filed September 29, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00540-CV
_____

### FELIX P. BABAUTA, Appellant

### V.

### DEBRA V. JENNINGS AND RALPAHELL V. WILKINS, Appellees

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-23475**

# O R D E R

On July 26, 2020, this court issued an order stating that appellant must file a brief by August 17, 2020 or his appeal would be dismissed for want of prosecution. Appellant did not file a brief and instead filed an objection to our order. Appellant's objection is denied. Appellant's complaints regarding the reporter's record were overruled by the trial court in its order dated June 28, 2018. If appellant still has complaints regarding the record, he may present those in his brief on appeal.

If appellant's brief is not before or on **October 20, 2020,** this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.